IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MARY B. GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:07cv730-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

Pending before the Court is Plaintiff's unopposed Motion for an Extension of Time (Doc. #12) in which to file her brief in support of her Complaint. Plaintiff seeks an additional thirty-days, making the deadline January 24, 2008. Upon consideration of the motion, it is

ORDERED that the motion (Doc. #12) is GRANTED. Plaintiff shall file her brief in support of her Complaint on or before January 24, 2008.

DONE this 20th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE