IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARY B. GRIFFIN,            ) | |
| ) | |
| Plaintiff,            ) | CIVIL ACTION NO. 3:07cv730-WC |
| ) | |
| v.            ) | |
| ) | |
| MICHAEL J. ASTRUE,            ) | |
| Commissioner of Social Security,            ) | |
| ) | |
| Defendant.            ) | |

## ORDER ON MOTION

Pending before the Court is Defendant's unopposed Motion for an Extension of Time to File Brief (Doc. #15). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (Doc. #15) is GRANTED. Defendant shall file her brief in opposition of the Complaint **on or before March 26, 2008.**

DONE this 22nd day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE