IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MARY B. GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:07cv730-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

Pending before the Court is Defendant's unopposed Motion for an Extension of Time to File Brief (Doc. #17). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (Doc. #17) is GRANTED. Defendant shall file a brief in opposition of the Complaint **on or before May 27, 2008.**

DONE this 25th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE