IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARY B. GRIFFIN,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 3:07cv730-WC |
| ) | |
| MICHAEL J. ASTRUE,  ) | |
| Commissioner of Social Security,  ) | |
| ) | |
| Defendant.  ) | |

**JUDGMENT**

In accordance with the Memorandum Opinion entered herewith, it is

ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner is REVERSED and REMANDED.

DONE this 8th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE